UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-339 DWF/LIB

UNITED STATES OF AMERICA,

  Plaintiff,

 v.             **NOTICE OF APPEARANCE**

NATALIE RENEE DELORES ANN SMITH,

  Defendant.

The following criminal case is being reassigned as follows:

<u>Add AUSA</u>

Ruth S. Shnider

<u>Remove AUSA</u>

Charles J. Kovats

Dated: August 17, 2021      Respectfully submitted,

                W. ANDERS FOLK
                Acting United States Attorney

                s/Ruth S. Shnider

                BY:  RUTH S. SHNIDER
                Assistant U.S. Attorney
                Attorney ID No. 396707